**Affirmed and Opinion Filed July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00823-CR
### No. 05-16-00824-CR

**CORIN DEON ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75527-H, F16-00440-H**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Brown
Opinion by Chief Justice Wright

Corin Deon Robinson appeals his convictions for two aggravated robbery with a deadly weapon offenses. Appellant initially pleaded not guilty before a jury. While the jury deliberated during the guilt/innocence phase of the trial, appellant changed his pleas to guilty and pleaded true to one enhancement paragraph included in each indictment in exchange for the trial court capping the punishment at no more than twenty-five years in prison. At the end of the punishment phase, the trial court found appellant guilty and assessed punishment at twenty years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573

S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
160823F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CORIN DEON ROBINSON, Appellant

No. 05-16-00823-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F15-75527-H.
Opinion delivered by Chief Justice Wright.
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered July 21, 2017.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CORIN DEON ROBINSON, Appellant

No. 05-16-00824-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F16-00440-H.
Opinion delivered by Chief Justice Wright.
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered July 21, 2017.